# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID N. ROBERTS, ) | NO. ED CV 22-01723-VBF-RAO |
| Plaintiff, ) | ORDER |
| v. ) | Adopting the Report and Recommendation; Dismissing the Case Without Prejudice; Terminating the Case (JS-6) |
| PRESLEY DETENTION CENTER, ) | |
| Defendant. ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, the Magistrate Judge's Order to Show Cause, the Report and Recommendation of United States Magistrate Judge, and all other documents filed in this action. Plaintiff did not file objections within the time allotted.

Finding no defect of law, fact or logic in the Magistrate Judge's Report, the Court orders as follows:

**The Report and Recommendation [Doc #11] is ADOPTED.**

**This action is DISMISSED WITHOUT PREJUDICE for lack of prosecute and failure to comply with court order.**

IT IS SO ORDERED.

DATED: May 19, 2023

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE