JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| DAVID ROBERTS,<br><br>                    Plaintiff,<br><br>        v.<br><br>ROBERT PRESLEY DETENTION<br>CENTER, et al.,<br><br>                    Defendants. | Case No. EDCV 22-01723 VBF (RAO)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice.

DATED:  May 19, 2023

_Valerie Baker Fairbank_
_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE